# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR101** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JOSEPH JEWELL,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for hearing (Filing No. 48).

IT IS ORDERED that the Defendant's motion for hearing (Filing No. 48) is granted.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge